**Order entered December 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01427-CR

**BERTHA MANCILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-24729-T**

## ORDER

By order dated December 21, 2015, we ordered appellant to file her brief by January 4, 2016. The Court now has before it appellant's December 28, 2015 motion seeking an extension until January 7, 2016 to file her brief. Appellant states the record is incomplete because the Defendant's Exhibit Number 1, school records admitted during the suppression hearing, was not filed with the reporter's record.

We have reviewed the reporter's record and note that Volume 7 contains Defendant's Exhibit Number 4, school records. A notation in the Master Index reflects that Defendant's Exhibit Number 4 is the same as the previously listed Defendant's Exhibit Number 1. Accordingly, to the extent appellant seeks supplementation of the record, we **DENY** the motion.

We **GRANT** the motion to extend time to file appellant's brief. We **ORDER** appellant to file her brief by **JANUARY 7, 2016**. If the brief is not filed by that date, the Court will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.


/s/     ADA BROWN
        JUSTICE